CSD 1160 [03/01/15]
Name, Address, Telephone No. & I.D. No.

Jacob Harker (SBN: 261262)
Law Offices of Jacob Harker
268 Bush St. #3732
San Francisco, CA 94104
Tel.: (415) 624-7602
Email: jacob@harkercounsel.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re Matthew Jacob Feaver

Debtor.

BANKRUPTCY NO. 22-02771-LT7

Nace Reynolds

Moving Party.

RS NO. JNH-1

Matthew Jacob Feaver

Respondent(s)

**MOTION FOR RELIEF FROM AUTOMATIC STAY**
☐ REAL PROPERTY      ☒ PERSONAL PROPERTY

Movant in the above-captioned matter moves this Court for an Order granting relief from the automatic stay on the grounds set forth below.

1. A Petition under Chapter  ☒ 7  ☐ 11  ☐ 12  ☐ 13  was filed on <u>October 28, 2022</u>.

2. Procedural Status:
   a. ☒ Name of Trustee Appointed *(if any)*: <u>Leonard J. Ackerman</u>
   
   b. ☐ Name of Attorney of Record for Trustee *(if any)*: ____
   
   c. ☐ *(Optional)* Prior Filing Information:
      Debtor has previously filed a Bankruptcy Petition on: ____ .
      If applicable, the prior case was dismissed on: ____ .
   
   d. ☐ *(If Chapter 13 case)*: Chapter 13 Plan was confirmed on ____
      or a confirmation hearing is set for ____ .

Movant alleges the following in support of its Motion:

1. ☐ The following real property is the subject of this Motion:
   a. Street address of the property including county and state:


   b. Type of real property (e.g., single family residence, apartment building, commercial, industrial, condominium, unimproved):


   c. Legal description of property is attached as Exhibit A.

CSD 1160

      d.    If a chapter 11 or 13 case and if non-payment of any post-petition payment is a ground for relief, attach the accounting required by Local Bankruptcy Rule 4001-2(a) as Exhibit B.

      e.    *Fair market value of property as set forth in the Debtor's schedules: $ _____

      f.    *Nature of Debtor's interest in the property:

2.    ☒ The following personal property is the subject of this Motion *(describe property)*:

      Liability Insurance Proceeds

      a.    Fair market value of property as set forth in the Debtor's schedules: $ <u>N/A</u> .

      b.    Nature of Debtor's interest in the property:  Insured

3.    *Fair market value of property according to Movant: $ <u>100,000</u> .

4.    *Nature of Movant's interest in the property: Claimant

5.    *Status of Movant's loan:
      a.    Balance owing on date of Order for Relief:    $ _____
      b.    Amount of monthly payment:    $ _____
      c.    Date of last payment:
      d.    If real property,
          i.    Date of default:
          ii.    Notice of Default recorded on:
          iii.    Notice of Sale published on:
          iv.    Foreclosure sale currently scheduled for:
      e.    If personal property,
          i.    Pre-petition default:  $ _____    No. of months: _____
          ii.    Post-petition default: $ _____    No. of months: _____

6.    *(If Chapter 13 Case, state the following:)*
      a.    Date of post-petition default:
      b.    Amount of post-petition default:    $ _____

7.    Encumbrances:
      a.    Voluntary encumbrances on the property listed in the Schedules or otherwise known to Movant:

| Lender Name | Principal Balance | (IF KNOWN) Pre-Petition Arrearages Total Amount - # of Months | | Post-Petition Arrearages Total Amount - # of Months | |
|---|---|---|---|---|---|
| 1st: | | | | | |
| 2nd: | | | | | |
| 3rd: | | | | | |
| 4th: | | | | | |
| Totals for all Liens: | $ | $ | | $ | |

      b.    Involuntary encumbrances of record (e.g., tax, mechanic's, judgment and other liens, lis pendens) as listed in schedules or otherwise known to Movant:
          ☐ See attached page, if necessary.

*Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a).
CSD 1160

8. Relief from the automatic stay should be granted because:

    a. ☐ Movant's interest in the property described above is not adequately protected.

    b. ☐ Debtor has no equity in the ☐ real property ☐ personal property described above and this property is not necessary to an effective reorganization.

    c. ☐ The property is "single asset real estate", as defined in 11 U.S.C. § 101(51B), and 90 days (or _____ days as ordered by this court) have passed since entry of the order for relief in this case, and

        i. the Debtor/Trustee has not filed a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time; and

        ii. the Debtor/Trustee has

            (1) ☐ not commenced monthly payments to each creditor whose claim is secured by the property (other than a claim secured by a judgment lien or by an unmatured statutory lien), or

            (2) ☐ commenced payments, but such payments are less than an amount equal to interest at a current fair market rate on the value of each creditors' interest in the property.

    d. ☒ *Other cause exists as follows (specify): ☐ See attached page.
Debtor is insured and has no equity interest in the policy. Reynolds will suffer if the stay is not modified as he has no other means of recovery against Debtor. Also, continuation of the State Court Action will allow fault to be apportioned between the Debtor and solvent codefendants.

When required, Movant has filed separate Declarations pursuant to Local Bankruptcy Rule 4001-2(a).

Movant attaches the following:

1. ☒ Other relevant evidence:
Declaration of Jacob Harker
Exhibit A: Complaint in Reynolds v. Heit, et al.; San Fran. Sup. Ct. Case No. CGC-21-594238
Exhibit B: Complaint in Reynolds v. Sheehan, et al.; San Fran. Sup. Ct. Case No. CGC-21-594246

2. ☐ (Optional) Memorandum of points and authorities upon which the moving party will rely.

WHEREFORE, Movant prays that this Court issue an Order granting the following:

☒ Relief as requested.

☒ Other:
Relief from the Automatic Stay to allow Reynolds to pursue the Reynolds Action to the extent the claim is covered by the insurance policy. Reynolds shall not attempt to satisfy his claims against the estate of the debtor, other than through insurance proceeds without further order of this Court.

Dated: December 5, 2022

                                                   Jacob Harker    /s/ Jacob Harker
                                                   [Attorney for] Movant