Jacob Harker (State Bar No. 261262)
LAW OFFICES OF JACOB HARKER
268 Bush St. #3732
San Francisco, CA 94104
Tel: (415) 624-7602
Fax: (415) 684-7757
Email: jacob@harkercounsel.com

Attorney for Movant

## UNITED STATES BANKRUPTCY COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA, (SAN DIEGO DIVISION)

| | |
|---|---|
| In re : | ) Case No.     22-02771-LT7 |
| | ) |
| | ) Chapter 7 |
| | ) |
| Matthew Jacob Feaver | ) R.S. No. JNH-1 |
| | ) |
| | ) **DECLARATION OF JACOB HARKER IN** |
| | ) **SUPPORT OF NACE REYNOLDS'** |
| | ) **MOTION FOR RELIEF FROM** |
| | ) **AUTOMATIC STAY** |
| Debtor. | ) |

I, Jacob Harker, declare under penalty of perjury under the laws of the State of California and the United States of America as follows:

1. I am an attorney licensed to practice law in the State of California and the attorney for Nace Reynolds ("Reynolds"), the Movant herein.

2. I make this Declaration based on personal knowledge.

3. I represent Reynolds in two consolidated lawsuits entitled *Reynolds v. Sheehan, et al.*, San Francisco Superior Court Case Nos. CGC-21-594238 and CGC-21-594246 ("Reynolds Action"). A true and correct copy of the file-stamped Complaint in Case No. 594238 is attached as **Exhibit A**. A true and correct copy of the file-stamped Complaint in Case No. 594246 is attached as **Exhibit B**.

4. The Debtor, Matthew Jacob Feaver ("Feaver") is a defendant in the Reynolds Action along with his law office (Sheehan & Feaver PC ("S&F")), S&F's other principal (Robin Sheehan ("Sheehan")), another attorney (Brian Heit ("Heit")), and Heit's law office (Heit Law Group PC ("Heit LG")).

5. S&F is the Named Insured in Arch Insurance Group Lawyers Professional Liability Insurance Policy No. 11LPL10862401 ("S&F Liability Policy"). Feaver is an "Insured" under the S&F Liability Policy. Feaver is represented in the Reynolds Action by coverage counsel Alex Graft ("Graft") and Kendall Layne ("Layne"), of Lewis Brisbois Bisgaard & Smith LLP, located at 45 Fremont Street, Suite 3000, San Francisco, CA 94105.

I declare, under penalty of perjury, pursuant to the laws of the United States of America, that the foregoing is true and correct and that this declaration was signed on the below date in San Francisco, California.

Dated:  December 5, 2022        /s/ Jacob Harker
                                Jacob Harker