CSD 1162 [07/01/18]
Name, Address, Telephone No. & I.D. No.

Jacob Harker (SBN: 261262)
Law Offices of Jacob Harker
268 Bush St. #3732
San Francisco, CA 94104
Tel.: (415) 624-7602
Email: jacob@harkercounsel.com

Order Entered on
January 17, 2023
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re  Matthew Jacob Feaver

Debtor.

BANKRUPTCY NO. 22-02771-LT7

Nace Reynolds

Moving Party

RS NO.  JNH-1

Matthew Jacob Feaver

Respondent(s)

## ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☐ REAL PROPERTY    ☒ PERSONAL PROPERTY

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 2 pages.  Motion Docket Entry No. 15

//

//

//

//

DATED:    January 17, 2023

Judge, United States Bankruptcy Court

CSD 1162

CSD 1162 [07/01/18] **(Page 2)**
ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR: Matthew Jacob Feaver                                                                CASE NO: 22-02771-LT7
                                                                                              RS NO.: JNH-1

The Motion of   Nace Reynolds   ("Movant"),

for relief from the automatic stay having been filed with the above-entitled court on   December 7, 2022  , and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as

Exhibit A OR Notice Docket Entry No.   31  , if filed electronically), the Motion, and accompanying Declarations

having been served upon parties named below on   Decembr 30, 2022  , and

- ☒ Debtor *(Name)*: Matthew Jacob Feaver
- ☒ Debtor's Attorney *(Name)*: Gary B. Rudolph; rudolph@sullivanhill.com
- ☒ Trustee *(Name)*: Leonard J. Ackerman; ljabkatty@gmail.com
- ☐ United States Trustee (in Chapter 11 & 12 cases), and
- ☐ Others, if any *(Name)*:

No objection or Request for Hearing having been filed by or on behalf of the Debtor, **it is hereby ordered** as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1. ☐ The following real property:
   a. Street address of the property including county and state:

   b. Legal description is   ☐ attached as Exhibit B or   ☐ described below:

2. ☒ The following personal property as described  ☒ below or   ☐ in Exhibit B attached:
   Arch Insurance Group Lawyers Professional Liability Insurance Policy No. 11LPL1086240 ("S&F Liability Policy").

   **It is further ordered** that *(Optional)*: Reynolds is granted relief from the Automatic Stay to allow Reynolds to litigate the consolidated cases against the Debtor entitled Reynolds v. Sheehan and Reynolds v. Heit; San Fran. Sup. Ct. Case Nos. CGC-21-594238/594246. Reynolds shall not attempt to satisfy his claims against the estate of the Debtor, other than through insurance proceeds from the S&F Liability Policy without further order of this Court.

**CSD 1162**

Signed by Judge Laura Stuart Taylor January 17, 2023