# Notice Recipients

District/Off: 0974–3  User: Admin.  Date Created: 1/17/2023
Case: 22–02771–LT7  Form ID: pdfO1  Total: 4

**Recipients of Notice of Electronic Filing:**
tr   Leonard J. Ackerman   ljabkatty@gmail.com
aty  Gary B. Rudolph       rudolph@sullivanhill.com
aty  Jacob Harker          harkerjacob@gmail.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Matthew Jacob Feaver   12330 Rue Fountainbleau   San Diego, CA 92131

TOTAL: 1